IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICIA O'NEAL                                                            PLAINTIFF

VS.                                       4:11CV00295 JMM

UNIVERSITY OF ARKANSAS AT PINE BLUFF
and GERALD MCCOY                                                       DEFENDANTS

## ORDER

By Order dated April 8, 2011, this Court granted Plaintiff's Motion to Proceed In Forma Pauperis in this action. (Doc. No. 3). However, finding Plaintiff's Complaint too vague and conclusory to enable it to determine whether it was frivolous, failed to state a claim, or stated a legitimate cause of action, the Court directed Plaintiff to file an Amended Complaint within thirty days of the date of the Order. The Court further advised Plaintiff that failure to file such in accordance with the Court's directions would result in the dismissal without prejudice of her complaint.

On May 12, 2011 and June 20, 2011 the Court granted Plaintiff extensions of time in which to file her amended complaint. As of this date, however, Plaintiff has not filed an Amended Complaint.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel
> to promptly notify the Clerk and the other parties to
> the proceedings of any change in his or her address,
> to monitor the progress of the case and to prosecute
> or defend the action diligently . . . . If any communi-

>cation from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiff's failure to respond to this Court's June 20, 2011 Order, the Court will dismiss the Complaint without prejudice. Accordingly,

IT IS, THEREFORE, ORDERED that this Complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 3rd day of August, 2011.

 

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE