IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICIA O'NEAL                                                                    PLAINTIFF

VS.                                     4:11CV00295 JMM

UNIVERSITY OF ARKANSAS AT PINE BLUFF
and GERALD MCCOY                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 3rd day of August, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE